# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CVG-SAB, LLC,

              Plaintiff(s),      Case No. 2:12-cv-14521

v.

                                Judge Gershwin A. Drain

                                Magistrate Judge David R. Grand

Facebook Inc.

              Defendant(s).
_____/

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, <u>Eastern District of Michigan</u>, on the following      Patents or    <u>Trademarks</u>

|    | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|----|-------------------------|-----------------------------|-------------------------------|
| 1  | 4,200,861               | 9/4/2012                    | CVG-SAB, LLC                  |
| 2  | 3,923,229               | 2/22/2011                   | CVG-SAB, LLC                  |
| 3  | 4,212,509               | 9/25/2012                   | CVG-SAB, LLC                  |
| 4  | 3,928,751               | 3/8/2011                    | CVG-SAB, LLC                  |
| 5  |                         |                             |                               |
| 6  |                         |                             |                               |
| 7  |                         |                             |                               |
| 8  |                         |                             |                               |
| 9  |                         |                             |                               |
| 10 |                         |                             |                               |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date: October 12, 2012

/s/ James K. Cleland
Signature

P68507
Bar No.

524 South Main Street, Suite 200
Street Address

Ann Arbor, Michigan 48104
City, State, Zip Code

(734) 302-6000
Telephone Number

jcleland@brinkshofer.com
Primary Email Address