UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CVG-SAB, LLC,                                              Case No. 2:12-cv-14521

      Plaintiff/Counter-Defendant,                  Hon. Gershwin A. Drain
                                                   Magistrate Judge David R. Grand
  v.

FACEBOOK, INC.,

      Defendant/Counter-Plaintiff.

| | |
|---|---|
| Susan M. Kornfield (P41071)<br>BODMAN PLC<br>201 South Division, Suite 400<br>Ann Arbor, MI 48104<br>(734) 930-2488<br>skornfield@bodmanlaw.com | John T. Gabrielides<br>Jeffrey Catalano<br>Andrew J. Avsec<br>BRINKS HOFER GILSON & LIONE<br>455 N. Cityfront Plaza Drive<br>Chicago, IL 60611<br>(312) 321-4200 |
| Peter J. Willsey<br>Jeffrey T. Norberg<br>COOLEY LLP<br>77 6th Street, N.W.<br>Washington, D.C. 20001-3723<br>(202 842-7800<br>pwillsey@cooley.com<br>jnorberg@cooley.com | jtg@brinkshofer.com<br>jcatalano@brinkshofer.com<br>aavsec@brinkshofer.com<br><br>James K. Cleland (P68507)<br>Michael N. Spink (P66527)<br>Jon Beaupre (P66389)<br>BRINKS HOFER GILSON & LIONE<br>524 S. Main Street, Suite 200 |
| Dale M. Cendali<br>KIRKLAND & ELLIS<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>dale.cendali@kirkland.com | Ann Arbor, Michigan 48104<br>(734) 302-6000<br>jcleland@brinkshofer.com<br>mspink@brinkshofer.com<br>jbeaupre@brinkshofer.com |
| Gregg F. LoCascio<br>KIRKLAND & ELLIS<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005-5793<br>(202) 879-5000<br>gregg.locascio@kirkland.com | *Attorneys for Plaintiff/Counter-Defendant*<br>*CVG-SAB, LLC* |

Diana M. Torres
Sharre Lotfollahi
KIRKLAND & ELLIS
333 South Hope Street
Los Angeles, CA 90071
(213) 680-8400
diana.torres@kirkland.com
sharre.lotfollahi@kirkland.com

*Attorneys for Defendant-Counterplaintiff
Facebook, Inc*.

### ORDER GRANTING STIPULATED EXTENSION ON BRIEFING RELATING TO DEFENDANT'S MOTION TO COMPEL RESPONSES TO ITS REQUEST FOR PRODUCTION
### (Doc. # 30)

Upon and for the reasons set forth in the parties' Stipulated Extension on Briefing Relating to Defendant's Motion to Compel Responses to its Request for Production (Doc. # 30), THE COURT ORDERS THAT Plaintiff's deadline to respond to Facebook's Motion to Compel Responses to its Requests for Production is hereby extended to July 31, 2013. Defendant's reply is due within 14 days of the service of Plaintiff's response.

IT IS SO ORDERED.

Dated: July 30, 2013                           s/Gershwin A. Drain
                                               GERSHWIN A. DRAIN
                                               UNITED STATES DISTRICT JUDGE