# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

CVG-SAB, LLC,

    Plaintiff-Counterdefendant,

  v.

FACEBOOK, INC.,

    Defendant-Counterplaintiff.

Case No. 4:12-cv-14521

Hon. Gershwin A. Drain

Magistrate Judge David R. Grand

**STIPULATED ORDER TO DISMISS WITHOUT PREJUDICE**

---

James K. Cleland (P68507)
Michael N. Spink (P66527)
Jon Beaupré (P66389)
BRINKS HOFER GILSON & LIONE
524 S. Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 302-6000
jcleland@brinkshofer.com
mspink@brinkshofer.com
jbeaupre@brinkshofer.com

and

John T. Gabrielides
Jeffrey Catalano
Andrew J. Avsec
Danielle Cendrowski
BRINKS HOFER GILSON & LIONE
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611
(312) 321-4200
jtg@brinkshofer.com jcatalano@brinkshofer.com
aavsec@brinkshofer.com
dcendrowski@brinkshofer.com

*Attorneys for Plaintiff- Counterdefendant*

Susan M. Kornfield (P41071)
BODMAN PLC
201 South Division, Ste. 400
Ann Arbor, MI 48104
(734) 930-2488
skornfield@bodmanlaw.com

Peter J. Willsey
Jeffrey T. Norberg
COOLEY LLP
777 6th Street, N.W.
Washington, DC 20001-3723
(202) 842-7800
pwillsey@cooley.com
jnorberg@cooley.com

Dale M. Cendali
KIRKLAND & ELLIS
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
dale.cendali@kirkland.com

Gregg F. LoCascio
KIRKLAND & ELLIS
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000
gregg.locascio@kirkland.com

Diana M. Torres
Sharre Lotfollahi
KIRKLAND & ELLIS

333 South Hope Street
Los Angeles, CA 90071
(213) 680-8400
diana.torres@kirkland.com
sharre.lotfollahi@kirkland.com

*Attorneys for Defendant-Counterplaintiff*

## STIPULATED ORDER REGARDING DISMISSAL WITHOUT PREJUDICE

Upon stipulation of the parties and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this action is dismissed without prejudice, with each party in this action to bear its own costs and attorneys' fees.

Dated: August 6, 2013                 s/ Gershwin A. Drain
                                      GERSHWIN A. DRAIN
                                      UNITED STATES DISTRICT COURT JUDGE

**STIPULATION TO ENTRY OF ORDER**

The parties in this action, through their respective undersigned counsel, herein stipulate and agree that the foregoing Order may be entered by the Court.

| | |
|---|---|
| **CVG-SAB, LLC** | **FACEBOOK, INC.** |
| *Plaintiff/Counter-Defendant* | *Defendant/Counter-Plaintiff* |

*/s/ Andrew J. Avsec*  
John T. Gabrielides  
Jeffrey Catalano  
Andrew J. Avsec  
BRINKS HOFER GILSON & LIONE  
455 N. Cityfront Plaza Drive  
Chicago, IL 60611  
(734) 302-6000  
jtg@brinkshofer.com  
jcatalano@brinkshofer.com  
aavsec@brinkshofer.com  

August 2, 2013

*/s/ Jeffrey T. Norberg*  
Peter J. Willsey  
Jeffrey T. Norberg  
COOLEY LLP  
777 6th Street, N.W.  
Washington, DC 20001-3723  
(202) 842-7800  
pwillsey@cooley.com  
jnorberg@cooley.com  

August 2, 2013